1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                  SOUTHERN DISTRICT OF CALIFORNIA

9

10   AMANDA SHANE, in her individual          CASE NO. 22cv1309-JO-AGS
     capacity and as successor in interest for
11   Decedent Isaiah Shane,                    **ORDER GRANTING MOTION
                                               TO SEAL**
12                              Plaintiff,

13          v.

14   County of San Diego, a public entity;
     Natania Cibrian, an individual; Thomas
15   Ruff, an individual; Ariel Pearson, an
     individual; Evelyn Gorospe, an
16   individual; Kymberlee Watson, an
     individual; Kristin Niemann, an
17   individual; County Worker DOES 1-
     50; Circle of Friends, a California
18   corporation; Roshita Conrad, an
     individual; Freddy Macias, an
19   individual; Jeanette Villareal, an
     individual; Shannon Klopp, an
20   individual; Group Home Worker
     DOES 1-50, and DOES 1-50 as well as
21   unidentified known individuals.;
22
                                Defendants.
23

24

25

26       Defendants County of San Diego, Natania Cibrian, Thomas Ruff, Ariel Pearson,

27   Evelyn Gorospe, Kymberlee Watson and Kristin Niemann ("County Defendants") filed a

28   motion to seal Exhibits B–G to County Defendants' motion to dismiss on the grounds that

1  they are confidential, juvenile dependency records. *T.T. v. Cnty. of San Diego*, 2020 WL

2  6118781, at *1 (S.D. Cal. Oct. 16, 2020) (finding there are compelling reasons to seal

3  juvenile records).  The Court hereby GRANTS the motion [Dkt. 4].

4

5  **IT IS SO ORDERED.**

6  Dated: October 18, 2022

7  _____

8  Hon. Jinsook Ohta
   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28