UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA SHANE in her individual capacity and as successor in interest for decedent Isaiah Shane,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a public entity; a public entity; Natania Cibrian, an individual; Thomas Ruff, an individual; Ariel Pearson, an individual; Evelyn Gorospe, an individual; Kymberlee Watson, an individual; Kristin Niemann, an individual; County Worker DOES 1-50; National Association for the Treatment of Sexual Abuse, a California corporation; Yoshita Conrad, an individual; Freddy Macias, an individual; Jeanette Villarreal, an individual; Shannon Klopp, an individual; STRTP Worker DOES 1-50, and DOES 1-50 as well as unidentified known individuals<br><br>　　　　　　　　　　　Defendants. | Case No.:  3:22-CV-01309-JO-BLM<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS** |

The following defendants filed motions to dismiss Plaintiff's amended complaint: (1) County of San Diego; (2) Natania Cibrian, Thomas Ruff, Ariel Pearson, Evelyn Gorospe, Kymberlee Watson, Kristin Niemann (collectively "County Social Workers"); (3) National Association for the Treatment of Sexual Abuse, Yoshita Conrad, Freddy Macias, and Jeanette Villarreal (collectively "NATSA"); (4) and Shannon Klopp. The Court held oral argument on April 19, 2023.

For the reasons stated on the record, the Court grants in part and denies in part the County Social Workers motion to dismiss. Dkt. 24. The Court will issue a separate order as to whether the County Social Workers are entitled to qualified immunity. The Court grants in part and denies in part the County's motion to dismiss with leave to amend. Dkt. 27. The Court denies NATSA's motion to dismiss. Dkt. 23. The Court grants Klopp's motion to dismiss with leave to amend. Dkt. 34.

**IT IS SO ORDERED**.

Dated: May 3, 2023

_____
Hon. Jinsook Ohta
United States District Judge