UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA SHANE in her individual capacity and as successor in interest for Decedent Isaiah Shane,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No.:   22CV1309-JO(BLM)<br><br>**ORDER GRANTING IN PART JOINT MOTION TO VACATE OR CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>**[ECF NO. 59]** |

Plaintiff filed a First Amended Complaint ("FAC") on September 29, 2022.  ECF No. 10. Defendants the National Association for the Treatment of Sexual Abuse, Yosita Conrad, Freddy Macias, and Jeanette Villarreal answered the FAC on May 30, 2023.  ECF No. 57.

On May 31, 2023, the Court issued a Notice and Order for Early Neutral Evaluation and Case Management Conference.  ECF No. 58.  The Court scheduled the conferences for July 17, 2023 at 9:30 a.m.  Id.

On June 1, 2023, the parties filed a Joint Motion to Vacate or Continue the Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC").  ECF No. 59.  The parties seek to "continue the ENE and CMC by at least two months to give the Court time to issue its separate order on County Defendants' motions to dismiss and for County Defendants to file an answer in this case."  Id. at 3.  In support, the parties state that the County Defendants

"are still awaiting a separate order regarding whether County Social Workers are entitled to qualified immunity" and Plaintiff's lead counsel has a scheduling conflict on July 17, 2023. Id. The parties note that the pursuant to Civil Local Rule 16.1(e)(5), the Court has the discretion to not hold an ENE where "a substantial number of defendants have not answered." Id.

The parties' motion is **GRANTED IN PART**. While the Court recognizes that the County Defendants have not yet received a ruling on the issue of qualified immunity, Judge Ohta has ruled on the motions to dismiss filed by the County Defendants [see ECF No. 24], the National Association for the Treatment of Sexual Abuse Defendants [see ECF No. 23], and Defendant Shannon Klopp [see ECF No. 34]. ECF No. 55. Accordingly, the Court does not find good cause for the requested two-month continuance. Nonetheless, in light of Plaintiff's counsel's conflict with the current ENE/CMC date, the Court continues the ENE/CMC to **July 27, 2023** at **1:30 p.m.** No later than **July 17, 2023**, counsel for each party must send an e-mail to the Court at **efile_Major@casd.uscourts.gov** containing the name and title of each participant, an e-mail address for each participant, and a telephone number where each participant may be reached. On or before **July 17, 2023**, the parties must submit via fax or email (**efile_major@casd.uscourts.gov**), confidential statements no more than ten (10) pages[1] in length directly to the chambers of the Honorable Barbara L. Major. The parties must also meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **July 6, 2023**, file a Joint Discovery Plan on the CM/ECF system no later than **July 17, 2023**, and exchange initial disclosures pursuant to Rule 26(a)(1)(A-D) no later than **July 20, 2023**. All other guidelines and requirements remain as previously set. See ECF No. 58.

**IT IS SO ORDERED**.

Dated: 6/2/2023

Hon. Barbara L. Major
United States Magistrate Judge

---

[1] The parties must not append attachments or exhibits to the ENE statement.