UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA SHANE, individually and as successor-in-interest for Decedent Isaiah Shane,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No.: 22-CV-1309-JO-SBC<br><br>**ORDER ON DEFENDANTS COUNTY OF SAN DIEGO, NATANIA CIBRIAN, THOMAS RUFF, ARIEL PEARSON, EVELYN GOROSPE, KYMBERLEE WATSON, AND KRISTIN NIEMANN'S EX PARTE APPLICATION FOR AN ORDER EXCUSING NATSA DEFENDANTS FROM ATTENDANCE AT ENE** |

Before the Court is the County of San Diego, Natania Cibrian, Thomas Ruff, Ariel Pearson, Evelyn Gorospe, Kymberlee Watson, and Kristin Niemann's (collectively, "County Defendants") *Ex Parte* Application for an Order Excusing County Defendants from Attendance at ENE ("*Ex Parte* Application"). (Doc. No. 75.) The County Defendants ask the Court to excuse all individual County of San Diego Defendants, namely Cibrian, Ruff, Pearson, Gorospe, Watson, and Niemann, from appearing at the July 27, 2023, Video Early Neutral Evaluation Conference ("ENE") on the basis of their employment with a government entity. The County Defendants add that defense counsel of record, Marc S. Lafer, and insurance adjuster, Esmeralda Flanagan "will attend the ENE and will have full

authority to discuss and enter into settlement." (*Id*. at 2:8-11.)

Having reviewed and considered the County Defendants' submission, the Court GRANTS the *Ex Parte* Application in its entirety and excuses all individual County of San Diego Defendants from appearing at the Video ENE. As set forth in the Court's May 31, 2023, Notice and Order for Early Neutral Evaluation Conference, government-related litigants are excused from the requirement to appear for an ENE "so long as the government attorney who attends the ENE conference (1) has primary responsibility for handling the case, and (2) may negotiate settlement offers which the attorney is willing to recommend to the government official having ultimate settlement authority." (Doc. No. 58, 2:6-11.) Given that the two-part exception is met here, the Court finds it appropriate to excuse individual County of San Diego Defendants Cibrian, Ruff, Pearson, Gorospe, Watson, and Niemann from appearing at July 27, 2023, Video ENE in this matter.

**IT IS SO ORDERED.**

Dated: July 26, 2023

Hon. Steve B. Chu
United States Magistrate Judge