UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA SHANE, individually and as successor-in-interest for Decedent Isaiah Shane,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No.: 22-CV-1309-JO-SBC<br><br>**ORDER RESETTING VIDEO EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCES** |

Having consulted with counsel for all litigants in the above-referenced Action, the Court hereby RESETS the July 21, 2023, Video Early Neutral Evaluation Conference ("ENE") and Video Case Management Conference ("CMC") to **Friday, October 13, 2023, at 9:30 a.m.** The Parties shall appear via Zoom videoconferencing platform using the Zoom meeting information this Court's Chambers provided to counsel on August 21, 2023. To that end, **no later than Monday, October 2, 2023**, the Parties shall lodge an updated Joint Discovery Plan consistent with this Court's Civil Chambers Rules. Finally, if at all and **no later than Monday, October 2, 2023**, the Parties may lodge updated ENE

/ / /

/ / /

1 | statements with this Court's Chambers.
2 | **IT IS SO ORDERED.**
3 | Dated: August 22, 2023

Hon. Steve B. Chu
United States Magistrate Judge